UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FUNDAMENTAL NUTRITION LLC**
**and CHAOS AND PAIN LLC,**

    **Plaintiffs,**

**v.**                                         **Case No: 5:23-cv-64-JA-PRL**

**EMERGE NUTRACEUTICALS INC.**
**and KEITH THOMAS,**

    **Defendants.**

## ORDER

This breach of contract case is before the Court for consideration of Plaintiffs' motion to deem substitute service of process perfected, or in the alternative, for alternative service or for a 90-day extension of time to effect personal service. (Doc. 12). Plaintiffs recite that, despite repeated and diligent efforts, they have been unsuccessful in their attempts to complete service. Plaintiffs contend that Defendants Emerge Nutraceuticals Inc. and Keith Thomas are evading service. Plaintiffs' motion is supported by the affidavit of Plaintiff's counsel detailing the service attempts. (Doc. 12-1).

Plaintiffs request that the Court deem substitute of service perfected based on their service upon the Florida Secretary of State under Fla. Stat. §§ 48.161 and 48.181. Alternatively, Plaintiffs request that they be permitted to use an alternate method of service such as posting at Defendant's place of business and delivery via Fed-Ex overnight courier. Finally, Plaintiffs request a 90-day extension of time to effect personal service and state that they are continuing to attempt to effect personal service despite the obstacles described in their motion.

- 2 -

Accordingly, and in an abundance of caution, Plaintiffs' motion (Doc. 12) is GRANTED to the extent that Plaintiffs are granted an extension of 90 days from the entry date of this Order to effect personal service. Plaintiffs are directed to continue their diligent attempts to effect personal service during this time. In all other respects, Plaintiffs' motion (Doc. 12) is DENIED without prejudice to Plaintiffs' right to renew their motion, if warranted, at a later date.

**DONE** and **ORDERED** in Ocala, Florida on June 14, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties